# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-08765-RLM-7 |
| William C. McKinney, II<br>Brittany N. McKinney<br> *aka* Brittany N. Denny | Chapter 7 |
| Debtors. | Judge Robyn L. Moberly |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (OH 0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that on December 3, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Stephen P. Rodenbeck, Debtors' Counsel
    srodenbeck@yrmlaw.com

    Richard E. Boston, Trustee
    rebch7@bbkcc.com;melaniec@bbkcc.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on December 3, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    William C. McKinney, II, Debtor
    11144 Fairfield Causeway Rd.
    Brookville, IN 47012

    Brittany N. McKinney, Debtor
    11144 Fairfield Causeway Rd.
    Brookville, IN 47012

                                          /s/ Molly Slutsky Simons
                                          Molly Slutsky Simons (OH 0083702)
                                          Attorney for Creditor